# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

**MAGISTRATE REFERRAL**

CIVIL ACTION NO. 6:18CV163

STANLEY RENARD TILLE

v.

DIRECTOR, TDCJ-CID

Pursuant to a Standing Order, certain civil suits are referred at the time of the filing equally among magistrate judges. Therefore, the above-entitled action has been referred to:

Magistrate Judge K NICOLE MITCHELL