ACKNOWLEDGMENT OF RECEIPT OF SERVICE OF HABEAS PETITION:
Case # 6:18cv163 STANLEY TILLEY SR v. DIRECTOR, TDCJ-CID
Petition and Show cause Order received by the
Office of the Attorney General of Texas, Habeas Section:
Name: Laura L Haney
Date: 4/10/2018.