IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STANLEY RENARD TILLEY, SR., #1629351 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv163 |
| | | Appellate No. 20-40655 |
| DIRECTOR, TDCJ-CID | § | |

O R D E R

Before the Court is Petitioner's motion to proceed *in forma pauperis* on appeal (Dkt. #27). Petitioner did not, however, submit an application to proceed *in forma pauperis*, along with an *in forma pauperis* data sheet. It is accordingly

**ORDERED** that Petitioner has thirty days from the receipt of this order to either pay the appellate filing fee of $505 or submit an application to proceed *in forma pauperis*, together with a certified *in forma pauperis* data sheet. The application to proceed *in forma pauperis* and the *in forma pauperis* data sheet are available in the law library. Failure to comply with this order may result in the dismissal of the appeal.

So ORDERED and SIGNED this 19th day of October, 2020.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE