IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

STANLEY RENARD TILLEY, SR., #1629351 §

VS. § CIVIL ACTION NO. 6:18cv163

DIRECTOR, TDCJ-CID §

O R D E R

Before the Court is Petitioner's post-judgment motion for the appointment of counsel (Dkt. #31). Petitioner requests the appointment of counsel. Final Judgment was entered in this action on September 14, 2020 (Dkt. #24).

The rule governing the appointment of counsel in 28 U.S.C. § 2254 habeas corpus proceedings is Rule 8(c) of the *Rules Governing Section 2254 Cases in the United States District Courts*. The rule provides that the presiding judge shall appoint counsel for a petitioner if an evidentiary hearing is required and the petitioner qualifies for appointment of counsel under 18 U.S.C. § 3006A. An evidentiary hearing is unlikely in this action as Final Judgment has been entered in this matter. Petitioner, moreover, does not qualify for appointment of counsel under section 3006A. It is accordingly

**ORDERED** that the motion for the appointment of counsel (Dkt. #31) is **DENIED**.

So ORDERED and SIGNED this 14th day of June, 2021.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE