IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

STANLEY RENARD TILLEY, SR., #1629351 §

VS. § CIVIL ACTION NO. 6:18cv163

DIRECTOR, TDCJ-CID §

O R D E R

Before the Court is Petitioner Stanley Renard Tilley, Sr.'s motion for an extension of time to file a motion for a certificate of appealability (Dkt. #30). The history of the case reveals that his petition for a writ of habeas corpus was dismissed as time-barred on September 14, 2020. The Order of Dismissal included a provision denying him a certificate of appealability. Petitioner has the option of asking the court of appeals for a certificate of appealability, but this Court has already issued a decision on the matter. Petitioner's request for an extension of time is moot. It is accordingly

**ORDERED** that the motion for an extension of time to file motion for a certificate of appealability (Dkt. #30) is **DENIED** as moot. All future motions should be filed with the Clerk of the United States Court of Appeals for the Fifth Circuit.

So ORDERED and SIGNED this 14th day of June, 2021.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE